IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-50406 |
| **Timothy and Tracie Hertel** | ) | Chapter 13 |
| | ) | Judge Marilyn Shea-Stonum |
| Debtors | ) | |
| | ) | **MOTION FOR TEMPORARY SUSPENSION OF CHAPTER 13 PLAN PAYMENTS** |
| | ) | |

    Now come the above-captioned debtors who pray for the entry of an Order allowing them a 90-day suspension in their Chapter 13 plan payments. The debtors would show that one of their minor children has been diagnosed with a medical condition and will require treatment. The debtor-wife will be taking 12 weeks of FMLA leave, for which she will not be compensated. At the end of the 90-day suspension the debtors will resume payments to the trustee. However, in the meantime, the debtors will not have sufficient income to make their payments to the Chapter 13 Trustee and to continue to pay their regular monthly living expenses.

    The debtors, therefore, pray for the entry of an Order allowing them a 90-day suspension in their Chapter 13 plan payments after which time the debtors will resume making their regular payments to the Chapter 13 Trustee.

                              Respectfully Submitted,

                              /s/ Robert M. Whittington, Jr.

                              _____
                              Robert M. Whittington, Jr., 007851
                              Elk, Elk & Whittington
                              159 S. Main St., #1023
                              Akron, OH 44308
                              Voice Mail (330) 384 8484
                              Fax (330) 384 8953
                              E-Mail elkwhitt@neo.rr.com

## CERTIFICATE OF MAILING

A copy of the foregoing Motion for Temporary Suspension in Payments has been forwarded this 24th day of June, 2010, to the following:

Electronic Service to:

Keith L. Rucinski, Trustee
U.S. Trustee

Ordinary Mail to:

Mr. and Mrs. Timothy Hertel
113 Davenport
Akron, OH 44312

United Parcel Service
1635 Industrial Parkway
Akron, OH 44310
Attn: Payroll

/s/ Robert M. Whittington, Jr.