

ENTERED PURSUANT TO ADMINISTRATIVE ORDER
NO. 08-10: KENNETH J. HIRZ, CLERK OF COURT
BY: /s/ CLAIRE BEOGLOS
    DEPUTY CLERK

Dated: 07:55 AM June 28 2010

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTTHEIRN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-50406 |
| **Timothy and Tracie Hertel** | ) | Chapter 13 |
| Debtors | ) | Judge Marilyn Shea-Stonum |
| | ) | **ORDER ALLOWING TEMPORARY SUSPENSION OF CHAPTER 13 PAYMENTS** |

This matter is before the Court upon a Motion of the above-captioned debtors who prayed for the entry of an Order allowing a 90-day suspension in their Chapter 13 plan payments.

Upon approval of the Chapter 13 Trustee and for good cause shown, the Court finds that said Motion shall be granted.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that the debtors are granted a 90-day suspension in their Chapter13 plan payments to begin on the filing date of this Agreed Entry, whereupon at the end of the said 90-day suspension, the debtors shall resume making their regular payments to the Chapter 13 Trustee. In the event that the Chapter 13 trustee receives any funds from the debtors employer after the date of this entry the Chapter 13 Trustee is ORDERED to turn such funds over to the debtors forthwith and it shall not be necessary for the debtors to make a separate application for these funds.

IT IS SO ORDERED.

### 

Submitted by:

/s/Robert M. Whittington, Jr.
_____
Robert M. Whittington, Jr., 007851
Attorney for Debtors
Elk, Elk & Whittington
159 S. Main Street, #1023
Akron, OH 44308
Phone: 330-384-8484
Fax: 330-384-8953
E-Mail: elkwhitt@neo.rr.com

Approval:

/s/Keith Rucinski,
_____
Keith L. Rucinski, chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, #2020
Akron, OH 44308
Tel: 330-762-6335
Fax: 330-762-7072
krucinski@ch13akron.com

cc: Robert M. Whittington, Attorney for Debtors, Via Electronic Service
Keith Rucinski, Trustee, Via Electronic Service
U.S. Trustee, Via Electronic Service
Mr. and Mrs. Timothy Hertel, 113 Davenport, Akron, OH 44312, via ordinary mail
United Parcel service, 1635 Industrial Parkway, Akron, OH 44310, Attention Payroll, via ordinary mail.